# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | 5:92-CR-76 (WDO) |
| JAMES H.L. MARTIN, III, : | 5:04-CV-12 (WDO) |
| : | |
| Defendant : | |

## ORDER

Pursuant to the Eleventh Circuit's May 27, 2005 remand order, and the procedural guidelines set forth in United States v. Phillips, the March 13, 1996 judgment in the underlying criminal case is HEREBY VACATED and this case shall be set down for resentencing. See United States v. Phillips, 225 F.3d 1198, 1201 (11th Cir. 2000). Counsel for the parties shall confer with the Court to schedule a sentencing hearing.

**SO ORDERED this 9th day of June, 2005.**


       S/Wilbur D. Owens, Jr.
       **WILBUR D. OWENS, JR.**
       **UNITED STATES DISTRICT JUDGE**